JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL APOGEE,<br><br>             Plaintiff,<br><br>     v.<br><br>SUGARFINA, Inc., et al.,<br><br>             Defendants. | CV 18-05162-PSG-E<br><br>**JUDGMENT** |

**WHEREAS**, on March 31, 2023, this Court **GRANTED in part** and **DENIED in part** Defendant Joshua Reznick and Defendant Rosie O'Neill's (collectively "Defendants") Motion for Summary Judgment [82] against Plaintiff Global Apogee ("Plaintiff") and **DISMISSED** all claims and counterclaims,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED,** upon the findings of the Court, that Judgment is entered in favor of Defendants and against Plaintiff, in accordance with this Court's previous Order granting in part and

1

denying in part Defendants' Motion for Summary Judgment.

As no Defendants remain, the Clerk shall close this matter.

**IT IS SO ORDERED.**

DATED: March 31, 2023

_____
**HONORABLE PHILIP S. GUTIERREZ**
Chief U.S. District Judge