1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION (LOS ANGELES)

| | |
|---|---|
| GLOBAL APOGEE, a Wyoming Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SUGARFINA, INC., a Delaware Corporation; JOSHUA REZNICK, an individual; ROSIE O'NEILL, an individual; DOES 1-10 and UNKNOWN ENTITIES 1-10,<br><br>Defendants. | Case No.: 2:18-cv-05162-HDV-E<br><br>Hon. Hernán D. Vera<br><br>[PROPOSED] STIPULATED PERMANENT INJUNCTION AND ORDER DISMISSING CLAIMS WITH PREJUDICE |
| AND RELATED COUNTERCLAIMS | |

The Court has considered the Joint Stipulation and Request for Entry of a Permanent Injunction filed by Plaintiff Global Apogee ("Global Apogee") and Defendants Joshua Resnick and Rosie O'Neill (the "Individual Defendants") in this matter. Good cause appearing therefore, the parties' request for entry of the Stipulated Permanent injunction is GRANTED.

IT IS HEREBY ORDERED that the Individual Defendants are permanently enjoined and restrained from:

a. Marketing, promoting, or selling any candy or greeting card products bearing the CANDY-GRAM® mark;

b. Manufacturing, having manufactured, producing, having produced, or displaying any candy or greeting card products bearing the CANDY-GRAM® mark; and

c. Using or acquiring any domain name or telephone number incorporating the CANDY-GRAM® mark.

Additionally, IT IS HEREBY ORDERED that all claims and counterclaims in this matter are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41, without an award of attorneys' fees, costs, or expenses to any party.

IT IS SO ORDERED.

Dated:    December 16, 2025

Hon. Hernán D. Vera
United States District Judge